# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY BARTLETT,<br>Plaintiff,<br>v.<br>STEPHANIE CLENDENIN, et al.,<br>Defendants. | Case No. 1:26-cv-01690-SAB (PC)<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS<br><br>(ECF No. 17) |

Pending before the Court is a motion from Plaintiff, who is proceeding *pro se* and *in forma pauperis*, regarding an extension of time in which to oppose Defendants' motion to dismiss. Upon review, the Court GRANTS the motion and ORDERS that Plaintiff shall have **thirty (30) days** from the receipt of this order in which to file an opposition to the motion to dismiss.

IT IS SO ORDERED.

Dated: **October 13, 2026**

STANLEY A. BOONE
United States Magistrate Judge